USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/09/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           :

                                                    :      1:18-cr-00600-LGS-1

   -v.-                                           Judge Lorna G. Schofield

                                                   :

JEFFERSON MORRILL,           :

       Defendant.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### *UNOPPOSED* MOTION OF DEFENDANT JEFFERSON MORRILL TO MODIFY STANDARD CONDITION OF PROBATION SUPERVISION

**COMES NOW** the Defendant, **Jefferson Morrill,** by and through his undersigned counsel, and hereby respectfully requests that the Court enter an order modifying Standard Condition of Supervision No. 3 which precludes him from "leav[ing] the federal judicial district where [he is] authorized to reside [Middle District of Tennessee] without first getting permission from the court or the probation officer" to permit Mr. Morrill to travel to the *Sports Licensing & Tailgate Show* in Las Vegas, Nevada, between the dates of January 14 through 18, 2020. (Docket Entry 28 at p. 4). In support hereof, Defendant states as follows:

      1.      On November 12, 2019, this Court sentenced Mr. Morrill to a one-year term of probation as a result of his conviction for trafficking in counterfeit goods, in violation of 18 U.S.C. § 2320. (Docket Entry 28, *Judgment In A Criminal Case*). The judgment contains *Standard Conditions of Supervision. Id.* at p.4. Standard Condition No. 3 precludes him from "leav[ing] the federal judicial district where [he is] authorized to reside [Middle District of Tennessee] without first getting permission from the court or the probation officer." *Id.*

2. Since Mr. Morrill resides in the Middle District of Tennessee, Mr. Morrill's probation supervision was administratively transferred to the U.S. Probation Office for the Middle District of Tennessee. Mr. Morrill is being supervised by MDTN U.S. Probation Officer Montranese Vinson.

3. As disclosed in Mr. Morrill's Presentence Report, Mr. Morrill owns and operates Rochester Sports, an autographed sports memorabilia company, which sells legitimate, legal, signed sports merchandise. Mr. Morrill needs to attend a sports licensing show in Las Vegas between the dates of January 14 and January 18, 2020. Appended hereto as *Attachment 1* is an excerpt of a brochure which promotes the *Sports Licensing & Tailgate Show* which will be taking place at the Mandalay Bay Convention Center in Las Vegas between January 16 and 18, 2020. (Mr. Morrill needs to travel to Las Vegas on 1/15/2020.) This is the biggest sports memorabilia show in the United States and Mr. Morrill needs to attend in person to meet with vendors and companies to purchase legitimate items upon which real autograph signatures can be affixed and resold.

4. Undersigned counsel has met personally with MDTN Probation Officer Vinson who has authorized counsel to report that Mr. Morrill has been compliant with his probation supervision in all respects and Ms. Vinson is not opposed to this travel request as long as the Court approves the travel consistent with Standard Condition No. 3.

5. Assistant United States Attorney Daniel Nessim has authorized undersigned counsel to report that the government does not oppose this motion.

**WHEREFORE**, based on the foregoing, Defendant Morrill respectfully requests that the Court enter an order modifying Standard Condition of Supervision No. 3 which precludes him from "leav[ing] the federal judicial district where [he is] authorized to reside [Middle District of

Tennessee] without first getting permission from the court or the probation officer" to permit Mr. Morrill to travel to the *Sports Licensing & Tailgate Show* in Las Vegas, Nevada, between the dates of January 14 through 18, 2020.

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 33.

Dated: January 9, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

**TUNE, ENTREKIN & WHITE, P.C.**
315 Deaderick Street, Suite 1700
Nashville, TN 37238
(615) 244-2770
pstrianse@tewlawfirm.com

S/ Peter Strianse
PETER J. STRIANSE

**FREEMAN & FUSON**
2126 21st Avenue South
Nashville, TN 37212
(615) 298-7272
joe@freemanfuson.com

S/ Joseph W. Fuson
JOSEPH W. FUSON

Attorneys for Defendant Morrill

# **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, if registered, or, if unregistered in the Court's system, it has been sent via facsimile and deposited in the United States Mail, postage prepaid, to:

     Daniel G. Nessim
     Assistant United States Attorney
     The Silvio J. Mollo Building
     One Saint Andrew's Plaza
     New York, NY 10007

     **VIA EMAIL**
     Montranese Vinson
     U.S. Probation Officer
     Middle District of Tennessee
     montranese_vinson@tnmp.uscourts.gov

   This 7th day of January, 2020.

            /s/ Peter J. Strianse
            PETER J. STRIANSE

sportstailgateshow.com

# SPORTS LICENSING &

PREVIEW 2020

**KEYNOTE & BREAKFAST**
*Free Hot Breakfast For All Attendees*

**SLTS 2020 EXHIBITOR PREVIEW**

**LICENSE TO BUY**
*Earn Money Back on Orders You Write*

**GAME CHANGERS FOR THE SPORTS LICENSING BUSINESS**
*NPD's Dirk Sorenson
to Deliver Keynote Address*

## NEW HOME FOR 2020

SPORTS LICENSING AND TAILGATE SHOW

PRSRT STD
U.S. POSTAGE
PAID
PERMIT #336
ANAHEIM, CA

SCH 3-DIGIT 370
2080 / 2 / 44 / 107
NATE GRAHAM
ROCHESTER SPORTS
103 PADDOCK PLACE DR
MOUNT JULIET TN 37122-6606

**SPORTS LICENSING & TAILGATE SHOW**

# TABLE OF CONTENTS

## JANUARY 16-18, 2020
## MANDALAY BAY CONVENTION CENTER
## LAS VEGAS, NV

## FEATURES



**10**

**INDUSTRY BREAKFAST & KEYNOTE:**
NPD'S DIRK SORENSON



**14**

**EDUCATIONAL SESSIONS**



**24**

**EXHIBITOR PROFILES**

| | |
|---|---|
| SHOW OVERVIEW | 4 |
| SCHEDULE OF EVENTS | 6 |
| SHOW FEATURES | 8 |
| INDUSTRY BREAKFAST & KEYNOTE | 10 |
| COVER STORY: GAME CHANGERS FOR THE SPORTS LICENSING BUSINESS | 12 |
| EDUCATIONAL SESSIONS | 14 |
| ICLA WINTER SYMPOSIUM | 16 |
| LICENSE TO BUY REWARDS PROGRAM | 18 |
| NEW PRODUCT SHOWCASE | 20 |
| EXHIBITOR PROFILES | 24 |
| EXHIBITORS BY PRODUCT CATEGORY | 35 |
| FLOOR PLAN | 40 |

**SPORTS LICENSING & TAILGATE SHOW**

**THE SPORTS LICENSING AND TAILGATE SHOW TEAM**

**SALES OFFICE**
31910 Del Obispo, Suite 200
San Juan Capistrano, CA 92675
(949) 226-5700

**Vice President & Show Director:** Marisa Nicholson

**OPERATIONS**
**Operations Manager:** Laura Ouimet
(949) 226-5744 • Laura.Ouimet@EmeraldExpo.com

**Operations Coordinator:** Kathryn Markham
(949) 226-5766 • Kathryn.Markham@EmeraldExpo.com

**MARKETING**
**Marketing Director:** Nikki Puckett
(949) 226-5750 • Nikki.Puckett@EmeraldExpo.com

**EXHIBIT SALES**
**Sales Director:** Matt Lawson
(813) 531-7760 • Matt.Lawson@EmeraldExpo.com



**EMERALD® EXPOSITIONS**

The Sports Licensing and Tailgate Show is a trademark owned exclusively by Emerald Expositions. Copyright 2019. Emerald Expositions. All rights reserved.